UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 21-cv-1264 MJD/ECW

| | |
|---|---|
| RICHARD SAZONOFFF, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTLINE ASSET STRATEGIES, LLC,<br><br>Defendant. | **ORDER OF DISMISSAL** |

Plaintiff Richard Sazonoff, by counsel, and Defendant Frontline Asset Strategies LLC ("Defendant"), by counsel, having filed their Stipulation of Dismissal with Prejudice Between Plaintiff and Defendant, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff against Defendant are dismissed, with prejudice.  Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date:  January 14, 2022

s/Michael J. Davis
Michael J. Davis
United States District Court