## UNITED STATES DISTRICT COURT
### District of Minnesota

Richard Sazonoff

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 21-cv-01264-MJD-ECW

Frontline Asset Strategies, LLC

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

All claims of Plaintiff against Defendant are dismissed, with prejudice. Plaintiff and

Defendant shall each bear their own costs and attorneys' fees.

Date: 1/18/2022

KATE M. FOGARTY, CLERK